SEALED

BENJAMIN B. WAGNER
United States Attorney
VINCENTE A. TENNERELLI
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the United States



FILED
DEC 02 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, ex rel. LINDAY KUNTZ and CATHY RUDNICK, bringing this action on behalf of the UNITED STATES OF AMERICA, and LINDSAY KUNTZ, Individually,<br><br>Plaintiffs,<br><br>v.<br><br>BARD COLLEGE,<br><br>Defendant. | CASE NO. : 1:13-cv-0866-LJO-SMS<br><br>**ORDER**<br><br><br><br>[UNDER SEAL] |

The United States having intervened in this action, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4), the Court rules as follows:

IT IS ORDERED that,

1. this matter be stayed for a period of 90 days from the date of this Order to allow the parties to attempt a consensual resolution of this matter;

2. the relator's Complaint, the Government's Notice of Intervention and Request for Stay of Action, and this Order be unsealed;

3. if the United States has not filed a notice of voluntary dismissal or obtained an extension of the stay described in Paragraph 1 within 90 days of this Order, the United States shall serve its

[PROPOSED] ORDER

1

Complaint in Intervention upon defendant, together with this Order, within 120 days thereafter;

    4.    all other papers or Orders on file in this matter shall remain under seal; and

    5.    the seal shall be lifted on all matters occurring in this action after the date of this Order.

IT IS SO ORDERED,

This **2ND** day of **December**, 2015.

Dated:

                                    SANDRA M. SNYDER  
                                    UNITED STATES MAGISTRATE JUDGE