UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, ex rel. LINDAY KUNTZ and CATHY RUDNICK, bringing this action on behalf of the UNITED STATES OF AMERICA, and LINDSAY KUNTZ, individually,<br><br>Plaintiffs,<br><br>v.<br><br>BARD COLLEGE,<br><br>Defendant. | No.  1:13-cv-00866-DAD-SMS<br><br>ORDER DISMISSING CLAIMS ONE THROUGH FOUR OF THIS ACTION<br><br>(Doc. Nos. 31, 32) |

On March 9, 2016, plaintiff United States, relators Lindsay Kuntz and Cathy Rudnick, and defendant Bard College filed a joint stipulation dismissing claims one through three of this action with prejudice, in accordance with the terms of their settlement agreement.  (Doc. No. 31.)  In light of the parties' stipulation, claims one through three of the complaint have been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose,* 111 F.3d 688, 692 (9th Cir. 1997), and are hereby DISMISSED with prejudice.

On March 10, 2016, plaintiff Lindsay Kuntz filed a notice of voluntary dismissal of claim four, for retaliation under the False Claims Act, 31 U.S.C. § 3730(h), with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  (Doc. No. 32.)  Defendant Bard College has not served an answer nor filed a motion for summary judgment in this action.  In light of this, claim

1

four of the complaint has terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson,* 111 F.3d at 692, and is DISMISSED with prejudice.

    Accordingly, all claims in the complaint have now been dismissed with prejudice. (*See* Doc. No. 1.) However, relators, the United States, and Bard College have agreed that this court shall retain jurisdiction over relaters' claims for reasonable expenses necessarily incurred, plus reasonable attorneys' fees and costs, under 31 U.S.C. § 3730(d)(1), as well as any disputes between the United States and relators regarding relators' claim for a share of the proceeds of the settlement. (Doc. Nos. 32, 32.) For these purposes, and pursuant to the parties' stipulation, this case shall remain open until such time as such issues are fully and finally resolved.

IT IS SO ORDERED.

Dated:   **March 11, 2016**

                                       UNITED STATES DISTRICT JUDGE