UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, ex rel. LINDAY KUNTZ and CATHY RUDNICK, bringing this action on behalf of the UNITED STATES OF AMERICA, and LINDSAY KUNTZ, individually,<br><br>Plaintiff,<br><br>v.<br><br>BARD COLLEGE,<br><br>Defendants. | No. 1:13-cv-00866-DAD-SMS<br><br>ORDER GRANTING MOTION SETTING DATE CERTAIN OF ON OR BEFORE JUNE 7, 2016 TO FILE A PETITION FOR EXPENSES, ATTORNEYS' FEES AND COSTS UNDER 31 U.S.C. § 3730(d)<br><br>(Doc. No. 34) |

On March 11, 2016, pursuant to a stipulation of dismissal of three claims and a voluntary dismissal of a fourth, this court dismissed all claims in the action with prejudice. (See Doc. No. 33.) However, Lindsay Kuntz and Cathy Rudnick ("the Relators"), the United States, and Bard College agreed that this court should retain jurisdiction over the Relaters' claims for reasonable expenses necessarily incurred, plus reasonable attorneys' fees and costs, under 31 U.S.C. § 3730(d)(1), as well as any disputes between the United States and the Relators regarding the Relators' claim for a share of the proceeds of the settlement. (*Id*. at 2.) Thus, the court ordered that for these purposes, the case would remain open until such time as such issues were fully and finally resolved. (*Id*.)

/////

1

Local Rule 293(a) provides that "[m]otions for awards of attorneys' fees to prevailing parties pursuant to statute shall be filed not later than twenty-eight (28) days after entry of final judgment." However, on April 5, 2016, the Relators filed a motion seeking to fix a date certain for the filing of their petition for expenses, attorneys' fees and costs. (Doc. No. 34.) In a signed declaration attached to the motion, the Relators' counsel states:

> I have, however, contacted [Bard College's counsel] regarding the requested extension, and on April 1, 2016, [Bard College's counsel] consented to this motion and agreed to extending the time period for seeking to resolve the outstanding 31 U.S.C. § 3730(d)(1) claims by negotiation and agreement through and including June 7, 2016.
>
> The extension is necessary to allow Relators and Bard College sufficient time to negotiate and attempt to settle Relators' claims for expenses, attorneys' fees and costs, in the hopes of avoiding the expense to the parties, and inconvenience to this Court, of having to seek judicial resolution of these matters.

(Doc. No. 34–1, at 2–3.)

Accordingly, for good cause shown, the court grants relators motion to fix a date certain for the filing of petition for expenses, attorneys' fees and costs. (Doc. No. 34.) Relators shall file a petition for their expenses, attorneys' fees, and costs under 31 U.S.C. § 3730(d) on or before June 7, 2016, in the event Relators and defendant Bard College are unable to reach a resolution of such matters.

IT IS SO ORDERED.

Dated:   **April 8, 2016**                                  _____
                                                            UNITED STATES DISTRICT JUDGE