UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDSAY KUNTZ and CATHY RUDNICK, bringing this action on behalf of the UNITED STATES OF AMERICA; and LINDSAY KUNTZ, individually,<br><br>Plaintiffs,<br><br>v.<br><br>BARD COLLEGE,<br><br>Defendant. | No. 1:13-cv-00866-DAD-SMS<br><br>ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO FILE FEE PETITION AND REFERRING TO ASSIGNED MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE<br><br>(Doc. No. 41) |

On July 29, 2016, the parties filed a stipulation requesting that the court extend the time for the filing of a fee petition and to refer their fee dispute to a magistrate judge for purposes of conducting a settlement conference. (Doc. No. 41.)

Good cause having been shown and pursuant to the parties' stipulation, relators shall now file a petition for expenses, attorneys' fees, and costs under 31 U.S.C. § 3730(d) on or before **October 12, 2016**. In addition, the parties are now ordered to attend a settlement conference before U.S. Magistrate Judge Sandra M. Snyder on **October 5, 2016**, at 1:00 PM in Courtroom 1. Counsel are cautioned to have a principal capable of disposition of this matter on any terms present /////

/////

1

present at the settlement conference or to themselves be fully authorized to settle the matter on any terms at that conference.

IT IS SO ORDERED.

Dated: **August 2, 2016**                             *Dale A. Drozd*
                                                    UNITED STATES DISTRICT JUDGE