UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDSAY KUNTZ and CATHY RUDNICK, bringing this action on behalf of the UNITED STATES OF AMERICA; and LINDSAY KUNTZ, individually,<br><br>Plaintiffs,<br><br>v.<br><br>BARD COLLEGE,<br><br>Defendant. | No. 1:13-cv-00866-DAD-SKO<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. No. 59) |

On February 3, 2017, the parties filed a joint stipulation dismissing the action. (Doc. No. 59.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: __**February 7, 2017**__                    /s/ *Sheila K. Oberto*
                                                                            UNITED STATES MAGISTRATE JUDGE